## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Bloomsburg Town Center, LLC      :
                                     :

        v.                        :         No. 905 C.D. 2019

                                     :

Town of Bloomsburg,             :

                Appellant        :

**PER CURIAM**                    **O R D E R**

NOW, December 23, 2020, having considered Appellee's application for reargument and Appellant's answer in response thereto, the application is denied.